[No. 31340-5-II. Division Two. February 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ARNE HELDE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00472-6, F. Mark McCauley, J., entered January 13, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Armstrong, J., and Morgan, J. Pro Tem.

[No. 31932-2-II. Division Two. February 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARLON L. PIERCE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04578-2, James R. Orlando, J., entered July 2, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 32197-1-II. Division Two. February 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DEBRA LYNN RONDEAU, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 03-1-00108-8, Craddock D. Verser, J., entered August 27, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Penoyar, JJ.

[No. 32381-8-II. Division Two. February 22, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD LEON BRADFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02776-6, Frederick W. Fleming, J., entered October 14, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.